IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DANA BOWMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:13-0633 |
| ) | Judge Trauger |
| SANJAY D. PATEL, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

It is hereby **ORDERED** that the initial case management conference scheduled for October 7, 2013 is **RESET** for October 9, 2013 at 1:30 p.m.

It is so **ORDERED**.

ENTER this 3rd day of July 2013.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ALETA A. TRAUGER
　　　　　　　　　　　　　　　　　U.S. District Judge